IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ROGERS MORGAN, | * |
| Plaintiff, | * |
| v. | Case No. 8:19-cv-02797-PX |
| | * |
| CALIBER HOME LOANS, INC., | |
| | * |
| Defendant. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT CALIBER HOME LOANS, INC.'S
AMENDED DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Defendant Caliber Home Loans, Inc. ("Caliber"), by its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, files this Amended Disclosure of Affiliations and Financial Interest and states:

Caliber Home Loans Inc. is a Delaware corporation that is a wholly-owned subsidiary of NRZ Acquisition LLC, a Delaware limited liability company, which is a wholly-owned subsidiary of Rithm Capital Corp. Rithm Capital Corp., f/k/a New Residential Investment Corp., is publicly traded on the New York Stock Exchange under the ticker symbol RITM, and was previously traded under the ticker symbol NRZ.

Dated: August 24, 2022        Respectfully submitted,

                                                 */s/ Melissa O. Martinez*
                                                 Melissa O. Martinez (Fed. Bar No. 28975)
                                                 **MCGUIREWOODS LLP**
                                                 500 East Pratt Street, Suite 1000
                                                 Baltimore, MD 21202-3169
                                                 Tel: (410) 659-4432
                                                 Fax: (410) 659-4482
                                                 mmartinez@mcguirewoods.com

Brian E. Pumphrey (*pro hac vice*)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel.: (804) 775 1000
Fax: (804) 775 1061
bpumphrey@mcguirewoods.com

***Counsel for Defendant
Caliber Home Loans, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2022 a copy of the foregoing was electronically filed and served via the Court's CM/ECF system upon all counsel of record.

                                              */s/ Melissa O. Martinez*
                                              Melissa O. Martinez